IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CV-00504-M

| | |
|---|---|
| WILLIAM SCOTT DAVIS, JR., and<br>J.F.D., a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>MELANIE A. SHEKITA,<br>MICHELLE SAVAGE,<br>DANIELLE DOYLE,<br>ERIC CRAIG CHASSE,<br>MIKE EASLEY, and<br>BEVERLY PERDUE,<br><br>    Defendants. | ORDER |

Before the Court is a "Motion to Reopen Under Fed Rule 60(b)(3)(4)(6), Rule 60(d)(3)" filed by Plaintiff on December 2, 2020 [DE 96 at 2]. The motion is handwritten on a single page and primarily contains case citations, segmented sentences, and legal conclusions containing no factual support. *See id.*

This case was closed on June 3, 2014 after the Court found Plaintiff's complaint to be frivolous. DE 40. Plaintiff filed motions pursuant to Fed. R. Civ. P. 60(b) and the Court denied them on their merits (*see* DE 59); nevertheless, Plaintiff continued to file two more Rule 60(b) motions and motions pursuant to Fed. R. Civ. P. 15 and 17, all of which were denied (*see* DE 61, 67, 81, 82, 90). The Fourth Circuit Court of Appeals affirmed all appealed orders or dismissed Plaintiff's appeals in this case. DE 56, 71, 83, 85. On January 3, 2017, the Court issued a text order requiring that "no more filings should be made in this case." DE 90. Thereafter, any motions filed by Plaintiff were denied as moot. DE 93, 95.

The Court may deny the Plaintiff's current motion based solely on the Court's January 3, 2017 order; however, the Court also notes that Plaintiff provides no factual or legal basis on which the Court may consider his request to re-open the case. Accordingly, Plaintiff's motion is DENIED.

SO ORDERED this 11th day of December, 2020.

*Richard E Myers II*
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE

2

Case 5:12-cv-00504-M Document 98 Filed 12/11/20 Page 2 of 2